AFFIDAVIT OF DARINEL MEJÍA RAMOS

I, Darinel Mejía Ramos, born on [redacted] 1984, in Huehuetenango, Guatemala, and currently living at [redacted] Springfield, Massachusetts [redacted], together with my wife and children, make this statement to explain my situation and show that I have always complied with everything immigration has asked of me.

Since 2018, I have followed all the rules and orders that immigration has given me. In that year, I was told that I had to report every month to the ISAP office located at 330 Main Street, Hartford, Connecticut 06103. They also placed an ankle monitor on my leg, which I had for approximately three years.

I filed for asylum in 2019. In 2020, I received a letter from the Asylum Office informing me that they would schedule a Credible Fear Interview.

Those years were very difficult for me and my family. Having an ankle monitor on my leg was something very hard and humiliating. Even so, I never stopped complying. I never missed any check-in or appointment. I always arrived on time and followed all the instructions they gave me.

In 2021, at that same office, they told me that my case was going to be moved to another office and that I would no longer have to go every month, but instead every two years. They sent me to the office located at 450 Main Street, Room 483, Hartford, CT 06103-3060. At that moment, they removed the ankle monitor from my leg. I continued doing everything they asked of me and completed two check-ins without any problems.

After that, during my second check-in at that office, they told me that they no longer had control over my case because I lived in Massachusetts. As I have always obeyed everything they tell me, I went to report to the ICE office in Burlington, Massachusetts. There, I also completed my check-ins as they requested.

Then, during my second check-in in Burlington, on April 14, 2025, they placed the ankle monitor on me again. They told me that things had changed and that now I had to return to monthly check-ins at the office located at 10 Speen Street, 2nd Floor, Framingham, Massachusetts 01701. Even though it was something very difficult for me, I continued obeying and attending every check-in without missing any appointments.

In April 2026, I went to my check-in thinking it would be normal like always. But this time everything was different. They took me into a room and three officers approached me. They told me that I had to make a decision, that I had to leave the country. They told me that I could leave alone or take my whole family with me. They also told me that they could buy plane tickets for my entire family and offer me thirteen thousand dollars to leave the United States voluntarily.

At that same appointment, they informed me that on Monday, May 18, I had to give them a final answer about whether I would leave the country alone or together with my whole family.

That situation left me emotionally very affected. I felt a lot of fear, sadness, and desperation. During all these years, I have done everything immigration has asked of me. I have never hidden, I have never missed an appointment, and I have always obeyed every order and every office transfer they have instructed me to follow.

My family depends completely on me. I am the one who works and supports my household. I have a U.S. citizen son who would suffer greatly without me. Being separated from my family would be something very painful for all of us. My children need me in their lives every day.

I do not have any criminal record. I have never committed crimes. I am a hardworking and responsible person. The only thing I have done in this country is work hard, take care of my family, and follow the rules they have given me.

That is why this situation causes me a lot of anguish and worry. After so many years of complying with everything they have asked of me, today I am afraid of losing my family and the life we have built here.

I declare that everything written in this statement is true and I say it under penalty of perjury.

Darinel Mejía Ramos
Darinel Mejía Ramos

Date: 05-14-2026

# CERTIFICATE OF TRANSLATION

I, Telma Valle, do hereby certify that I am fluent in both the English and Spanish languages and that the attached is true and correct translation of the accompanying document written in Spanish, according to the best of my knowledge and ability.

Signed this 14 day of May, 2026

Telma Valle

Telma Valle, translator
Mills and Born, LLP
33 Chelsea Street
Everett, MA 02149
(617)321-1402

# DECLARACIÓN JURADA DE DARINEL MEJÍA RAMOS

Yo, Darinel Mejía Ramos, nacido el 16 de mayo de 1984 en Huehuetenango, Guatemala, y viviendo actualmente en 117 Moreland Street, Apt. #1, Springfield, Massachusetts 01104, junto con mi esposa y mis hijos, hago esta declaración para explicar mi situación y demostrar que siempre he cumplido con todo lo que inmigración me ha pedido.

Desde el año 2018 he seguido todas las reglas y órdenes que inmigración me ha dado. En ese año me dijeron que tenía que presentarme todos los meses en la oficina de ISAP ubicada en 330 Main Street, Hartford, Connecticut 06103. También me pusieron un grillete electrónico en el pie, el cual tuve aproximadamente por tres años.

Presenté mi solicitud de asilo en el año 2019. En el año 2020, recibí una carta de la Oficina de Asilo informándome que me programarían una entrevista de miedo creíble.

Esos años fueron muy difíciles para mí y para mi familia. Tener un grillete en el pie fue algo muy duro y humillante. Aun así, nunca dejé de cumplir. Nunca falté a ningún chequeo ni a ninguna cita. Siempre llegué a tiempo y seguí todas las instrucciones que me daban.

En el año 2021 me dijeron en esa misma oficina que mi caso iba a ser movido a otra oficina y que ya no tendría que ir todos los meses, sino cada dos años. Me mandaron a la oficina ubicada en 450 Main Street, Room 483, Hartford, CT 06103-3060. En ese momento me quitaron el grillete del pie. Yo seguí haciendo todo lo que me pedían y completé dos chequeos sin ningún problema.

Después, en mi segundo chequeo en esa oficina, me dijeron que ellos ya no tenían control sobre mi caso porque yo vivía en Massachusetts. Como siempre he obedecido todo lo que me dicen, fui a presentarme a la oficina de ICE en Burlington, Massachusetts. Allí también hice mis chequeos como me lo pidieron.

Luego, en mi segundo chequeo en Burlington, el día 14 de abril de 2025, me volvieron a poner el grillete electrónico. Me dijeron que las cosas habían cambiado y que ahora tenía que volver a hacer chequeos mensuales en la oficina de 10 Speen Street, 2nd Floor, Framingham, Massachusetts 01701. Aunque fue algo muy difícil para mí, seguí obedeciendo y asistiendo a cada chequeo sin faltar.

En abril de 2026 fui a mi chequeo pensando que sería normal como siempre. Pero esta vez todo fue diferente. Me llevaron a un cuarto y tres oficiales se acercaron a mí. Ellos me dijeron que tenía que tomar una decisión, que tenía que salir del país. Me dijeron que podía irme solo o llevarme a toda mi familia conmigo. También me dijeron que ellos podían comprar los boletos de avión para toda mi familia y ofrecerme trece mil dólares para salir voluntariamente de los Estados Unidos.

En esa misma cita me informaron que el lunes 18 de mayo tenía que darles una respuesta definitiva sobre si saldría del país solo o junto con toda mi familia.

Esa situación me dejó muy mal emocionalmente. Sentí mucho miedo, tristeza y desesperación. Durante todos estos años yo he hecho todo lo que inmigración me ha pedido. Nunca me he escondido, nunca he faltado a una cita y siempre he obedecido cada orden y cada cambio de oficina que me han indicado.

Mi familia depende completamente de mí. Yo soy quien trabaja y mantiene mi hogar. Tengo un hijo ciudadano americano que sufriría muchísimo sin mí. Separarme de mi familia sería algo muy doloroso para todos nosotros. Mis hijos me necesitan en sus vidas todos los días.

Yo no tengo récord criminal. Nunca he cometido delitos. Soy una persona trabajadora y responsable. Lo único que he hecho en este país es trabajar duro, cuidar de mi familia y seguir las reglas que me han puesto.

Por eso esta situación me causa mucha angustia y preocupación. Después de tantos años cumpliendo con todo lo que me han pedido, hoy siento miedo de perder a mi familia y la vida que hemos construido aquí.

Declaro que todo lo escrito en esta declaración es verdad y lo digo bajo pena de perjurio.

Darinel Mejía Ramos

Darinel Mejía Ramos

Date: 05-14-2026