.epartment of Homeland Security
.nigration and Customs Enforcement

# Order of Supervision

Name: **MEJIA Ramos, Darinel Erasto**

File No: **A[redacted]870**
Date: **April 20, 2018**

on January 16, 2018 you were ordered:
(Date of final order)

Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

That you do not travel outside **San Bernardino Sub Office** for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

That you report in person on **May 1, 2018** **at 10:00 A.M.** to this Service office at:
**655 West Rialto Avenue San Bernardino, CA 92410** **Telephone: 909-386-3238**
unless you are granted written permission to report on another date.

That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

Other:

See attached sheet containing other specified conditions (Continue on separate sheet if required)

Danielle Hernandez, SDDO

## Alien's Acknowledgement of Conditions of Release under an Order of Supervision

**I hereby acknowledge that I have (read) (had interpreted and explained to me in the Spanish language), the contents of this order and addendum, a copy of which has been given to me. I understand that failure to comply with the terms of this order and addendum may subject me to a fine, more restrictive release conditions, detention, criminal prosecution, and/or revocation of my employment authorization document.**

**A. Valle**
**(Signature of ICE official serving order)**

**X** Darinel Mejia Ramos
**(Signature of alien)**

**April 20, 2018**
**(Date)**

**Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE).**

U. S. Department of Homeland Security
Immigration and Customs Enforcement

Continuation Page for Form : Release on Order of Supervision **I-220B**

| Alien's Name | File Number | Date |
|---|---|---|
| **MEJIA Ramos, Darinel Erasto** | A[redacted]870 | **April 20, 2018** |



X Darinel Mejia Ramos
*Alien's Signature*

**Alien's Address**
C/O Olga Mejia Ramos
56 Webster St.
Springfield, MA 01104

**RIGHT INDEX PRINT**



Minor unable

**Alien's Telephone Number (if any)**
413-686-3087

PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|---|---|---|
| 4/20/2018 | A. Valle | Released on OSUP due to lack of space. |
| | | Recommend ATD on Parent in this family unit |
| 6/29/22 | SRH05 | Reported |
| 6/29/23 | | |

| Signature | Title |
|---|---|
| A. Valle [signature] | **Deportation Officer** |

**Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE).**

U. S. Department of Homeland Security
Immigration and Customs Enforcement

Order of Release on Recognizance/Supervision - Addendum

Name: MEJIA Ramos, Darinel Erasto
File No: A[redacted]870
Date: April 20, 2018

☑ That you do not associate with criminals or members of a gang that are known to be involved in criminal activity.

☐ That you register in a substance abuse program within 14 days and provide Immigration and Customs Enforcement (ICE) with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a program counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, the duration and objectives of the program, and the name of a program counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency/agencies and provide ICE with written proof of such registration within 10 days.

☑ That you do not commit any crimes or be associated with any criminal activity while on this Order of Release on Recognizance.

☐ That you report to a parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☐ You must follow all reporting and supervision requirements as mandated by the parole or probation officer.

☐ That you continue to follow any prescribed doctor's orders whether medical or psychological, including taking prescribed medications.

☑ That you make good faith and timely efforts to obtain a travel document and assist ICE in obtaining a travel document.

☑ That you submit a complete application for a travel document to all appropriate Embassies or Consulates, including those representing the countries of Guatemala You must present ICE with evidence that each Embassy or Consulate to which you apply has received your request and all required documents. This may be done, for example, by mailing your application(s) with a request for return receipt and providing the signed return receipt to ICE, by obtaining a tracking number when you mail your application(s) and providing the number to ICE, or by submitting written confirmation of receipt issued by the Embassy or Consulate.

☐ That you submit your application(s) for a travel document to all appropriate Embassies or Consulates and provide proof of receipt to ICE on or before ______________.

☑ That you provide ICE a copy of your application(s) for a travel document that you submit to any Embassy or Consulate, including all supporting documents, photos, and other items provided to the Embassy or Consulate to support your application(s).

Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE).

U. S. Department of Homeland Security
Immigration and Customs Enforcement

**Order of Release on Recognizance/Supervision - Addendum Continued**

Name: **MEJIA Ramos, Darinel Erasto** File No: **A[redacted]870**
Date: **April 20, 2018**

☑ That you provide ICE a copy of all correspondence related to your travel document application(s) that you send to, or receive from, an Embassy or Consulate.

☐ That you contact the Embassy or Consulate within 21 calendar days of making your application(s) to confirm that the information you provided is sufficient.

☑ That you comply with any requests from an Embassy or Consulate for an interview and make good faith efforts to submit further documentation if required by the Embassy or Consulate.

☐ Every time you report in person under this order of Release on Recognizance, you must inform the local ICE office of all actions you have taken to obtain a travel document. You must provide any available written documentation to ICE regarding these actions and the status of your travel document application(s).

☐ That you provide ICE, upon request, with any and all information relevant to application(s) for a travel document. This may include, but is not limited to, information regarding your family history, including dates of birth, nationalities, addresses, and phone numbers as requested for such persons, whether in your country of nationality and/or citizenship or elsewhere, and your past residences, schools attended, etc.

☑ You will participate in a supervised release program, as described in the attached document. You will comply with the rules and requirements of this program, and cooperate with its administrators.

I agree to comply with the rules, requirements, and administrators in the supervised release program described in the attached document.

Alien's signature: X Darinel Mejia Ramos Date: **4/20/18**
**Signature of Alien**

Other:

Any violation of any of the above conditions may result in a fine, more restrictive release conditions, return to detention, criminal prosecution, and/or revocation of your employment authorization document.

**Alien's Acknowledgement of Conditions of Release under an Order of Release on Recognizance**

I hereby acknowledge that I have (read) (had interpreted and explained to me Spanish language) the contents of this order and addendum, a copy of which has been given to me. I understand that failure to comply with the terms of this order and addendum may subject me to a fine, more restrictive release conditions, detention, criminal prosecution, and/or revocation of my employment authorization document.

**A. Valle** [signature] X Darinel Mejia Ramos **4/20/18**
**(Signature of ICE official serving order)** **Signature of Alien** **(Date)**

**Please note that all references in this order/addendum to "INS" or "Service" should now be considered to refer to U.S. Immigration and Customs Enforcement (ICE).**

**U.S. Department of Homeland Security**
**Immigration and Customs Enforcement**

**Warning for Failure to Comply with Terms of Supervised Release**

| Name: | District Office: | File #: |
|---|---|---|
| MEJIA Ramos, Darinel Erasto | SNA/HLG | A[redacted]870 |

Section 243(b) of the Immigration and Nationality Act of 1952, as

An alien who shall willfully fail to comply with regulations or requirements issued pursuant to section 241(a)(3)* or knowingly give false information in response to an inquiry under such section shall be fined not more than $1000 or imprisone

* Section 241(a)(3) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

If the alien does not leave or is not removed within the removal period, the alien, pending removal, shall be subject to supervision under regulations prescribed by the Attorney General. The regulations shall include provisions requiring the

(A) to appear before an immigration officer periodically for identification;
(B) to submit, if necessary, to a medical and psychiatric examination at the expense of the United States Government;
(C) to give information under oath about the alien's nationality, circumstances, habits, associations, and activities, and other information the Attorney General considers
(D) to obey reasonable written restrictions on the alien's conduct or activities that the Attorney General prescribes for the alien.

| Date Order Final: | Ordered Removed under Section: |
|---|---|
| January 16, 2018 | 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act |

**Record of Service**
**(Check method used)**
**Record of Personal Service**

| Served By: (Print Name and Title of Officer) | | Date: |
|---|---|---|
| A. Valle | Deportation Officer | 4/20/2018 |

| Officer's Signature: | Location of Service: |
|---|---|
| [signature] | El Paso, Texas |

| Served On: (Alien's Signature) | Date: |
|---|---|
| X Darinel Mejia Ramos | 4/20/2018 |

| **Warning administered in Court (Copy of order attached)** | **Record of Personal Service (Cont.)** |
|---|---|
| **Certified Mail Service** | Fingerprint of Alien (Specify finger used) |
| **Attach certified mail receipts here.** | Right Index<br>Minor under 14 |

Form I-229(b)
(Revised 12/04/02)