THE UNITED STATES OF AMERICA

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| | | |
|---|---|---|
| Receipt Number<br>ZBO1940732890 | | Case Type<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| Received Date<br>04/09/2019 | Priority Date | Applicant A[redacted]870<br>MEJIA, DARINEL |
| Notice Date<br>04/18/2019 | Page<br>1 of 1 | |

DARINEL MEJIA
[redacted]
SPRINGFIELD MA [redacted]

**Notice Type:** Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 Application for Asylum and Withholding of Removal was received and is pending as of 04/09/2019. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization, and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

| Alien Number | Name |
|---|---|
| A[redacted]70 | MEJIA, DARINEL |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Boston Sub Office
U. S. CITIZENSHIP & IMMIGRATION SVC
JFK Federal Building
15 New Sudbury Street, 6th Floor, Suite 600
Boston MA 02203

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]