Boston Asylum Sub-Office
15 New Sudbury Street, 6th Floor, Suite 600
JFK Federal Building
Boston, MA 02203

U.S. Citizenship and Immigration Services

**Date:** APR 03 2020

**Darinel Mejia**
[redacted]
**Springfield, MA** [redacted]

**RE:** Darinel MEJIA, A [redacted]870 – Principal
E[redacted] M[redacted] – A [redacted]871 - Dependent

**Notice of Lack of Jurisdiction (Expedited Removal)/Credible Fear Scheduling**

Dear Ms. Mejia:

The Boston Sub-Asylum Office cannot accept your Form I-589, Application for Asylum and for Withholding of Removal, at this time.

Department of Homeland Security (DHS) records indicate that you have received a Form I-860, Notice and Order of Expedited Removal, and are currently in expedited removal proceedings after being apprehended by DHS officials. Therefore, the asylum office does not have jurisdiction to consider your asylum application.

Although the asylum office does not have jurisdiction over your asylum application, your claim of fear will be considered by an asylum officer through the credible fear screening process, pursuant to 8 CFR 208.30. You will be scheduled for a credible fear screening interview at a later date.

In order to ensure delivery of any future correspondence, you must report any change of address to this office on Form AR-11 within 10 days of the change.

Your asylum application is hereby dismissed as of January 8, 2020. All processing of your asylum application is terminated.

If you have been granted employment authorization based on your pending asylum application, your employment authorization cannot be renewed beyond its expiration date and is subject to revocation after notice. Because the asylum office does not have jurisdiction over your I-589 application, no time has accrued on your 180-day asylum Employment Authorization Document (EAD) clock. *This dismissal does not affect the validity of any parole or other release document, nor does it affect any employment authorization that you may have requested on any other basis.* Attached is a list of low-cost legal service providers that may be able to assist you further.

Sincerely,

(for) Meghann Boyle
Director
Boston Asylum Sub-Office

cc: Rafael Pazmino, Esq,
1266 East Main Street, Suite 700R
Stamford, CT 06902

Attachment: Legal Service Provider List
Form AR-11