**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Darinel Erasto Mejia Ramos
Petitioner

                                                    CIVIL ACTION NO.
                                                    1:26-cv-12239-WGY

                     V.

Frank Padula, et al
Respondents

**ORDER OF DISMISSAL**

**YOUNG, D.J.**

      In accordance with the oral order entered at the hearing on June 11, 2026, the petition is hereby dismissed without prejudice.

                                                 By the Court,

June 12, 2026                              /s/ Kellyann Belmont
Date                                       Deputy Clerk